### CARDER & PARISH v. J. B. WILDER & Co.

(No. 350, Op. Book No. 1, p. 170.)

APPEAL from Lamar County.   Opinion by ECTOR, P. J.

§ 14. *Partnership; sworn account.* The affidavit to a sworn account under the act of 1874, pp. 52 and 53 [Rev. Stats. art. 2266], against a partnership, proves the partnership, unless the same is denied under oath, as well as all the other facts necessary to make out a *prima facie* case. [Persons v. Frost & Co. 25 Tex. Sup. 129.]

April 13, 1877.                                  Affirmed.